IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-6337 |
| | : | |
| MOYER & SON, INC., et al. | : | |
| | : | |

**ORDER**

AND NOW, this 5th day of November, 2026, it is ORDERED the schedule in the above-captioned matter is as follows:

- Discovery deadline is March 22, 2027;
- Plaintiff's expert report is due April 5, 2027;
- Defendant's expert report is due April 12, 2027;[1]
- Dispositive motions are due April 26, 2027;
- Responses to dispositive motions are due May 10, 2027;
- A teleconference to discuss settlement shall take place on May 14, 2027, at 11:00 a.m.;
- Motions in limine are due May 19, 2027;
- Responses to motions in limine are due June 2, 2027;
- Plaintiff's pre-trial memorandum is due June 2, 2027;
- Defendant's pre-trial memorandum is due June 2, 2027;
- Joint requested points for charge, joint proposed verdict slip, and voir dire questions, as explained in the Honorable Juan R. Sánchez's on-line procedures, are due June 2, 2027;
- Final pre-trial conference shall be held on June 7, 2027, at 11:30 a.m. in Courtroom 14B;

[1] Expert reports to be exchanged before depositions.

- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;

- This matter is in the June 14, 2027, trial pool.

- Parties are referred to Judge Sánchez's operating procedures for further information: http://www.paed.uscourts.gov/documents/procedures/sanpol.pdf.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.